# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Jose Gonzalez-Gonzalez    **PRINCIPAL**
A200 816 147    YOB:    1984
the United Mexican States

United States District Court
Southern District of Texas
**FILED**

JAN 1 6 2015

**Clerk of Court**

## CRIMINAL COMPLAINT

Case Number:

**M-15-0046-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 15, 2015** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Rudelsi Basilio Lopez-Vasquez, citizen and national of Guatemala, along with two (2) other undocumented aliens, for a total of three (3), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**    **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On January 15, 2015, Rio Grande City Border Patrol Agent G. Salinas was conducting line watch duties in Roma, Texas. At approximately 1:30 P.M. he observed a group of subjects making their way north across the Rio Grande River towards the US river bank behind the Dollar General area. This area is notorious for undocumented alien crossings and is commonly used as an entry point for illegal aliens. Agent Salinas requested assistance via radio and Agent D. Thomas responded.

Agent D. Thomas set up surveillance behind the Dollar General in an attempt to intercept the subjects. Within minutes, Agent D. Thomas observed four subjects emerge from the brush, one of the subjects was signaling and pointing in the direction of the Dollar General. Three of the subjects then ran towards the Dollar General which is approximately one hundred yards north of the Rio Grande River and one ran back towards the river. Agent D. Thomas immediately made his way to the Dollar General parking lot area and observed the three subjects run towards a small silver Sport Utility Vehicle (SUV) and get into the rear passenger back seat. At that moment, I engaged my service vehicles emergency lighting equipment to conduct an immigration inspection on driver and passengers of the vehicle.

Continued on the attached sheet and made a part of this complaint:    [X] Yes   [ ] No

_____
Signature of Complainant

Approved to file Kimberly Anadeo
             AUSA
Sworn to before me and subscribed in my presence,

**January 16, 2015**
Date

**Dorina Ramos**, U. S. Magistrate Judge
Name and Title of Judicial Officer

Jeremiah Abrego      Senior Patrol Agent
Printed Name of Complainant

at   **McAllen, Texas**
City and State

_____
Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

ATTACHMENT TO CRIMINAL COMPLAINT:

M-15-0046-M

RE:    Jose Gonzalez-Gonzalez                A200 816 147

**CONTINUATION:**

The driver identified as GONZALEZ-Gonzalez, Jose Concepcion and female front passenger of the vehicle along with the three additional passengers were all found to be illegally in the United States with no documentation to be or remain in the United States.

All subjects were then transported to the Rio Grande City Border Patrol Station. The female front passenger was not charged and was processed accordingly.

PRINCIPAL'S STATEMENT
At the Border Patrol Station, Jose Concepcion GONZALEZ-Gonzalez was read his Miranda Rights. GONZALEZ understood his rights and gave a statement without an attorney present.

GONZALEZ stated that he is a citizen and national of the United Mexican States. He and his female friend the front passenger were in Roma, Texas to pick up three undocumented aliens at the Dollar General store. GONZALEZ stated that he knew that the subjects that he was picking up were illegal aliens because he had already been hired before. GONZALEZ stated that a male subject hired him to pick up the three subjects today. GONZALEZ also stated that he has picked up aliens in Roma, Texas at least four times on different occasions and locations, three subjects each time. GONZALEZ also stated that it was already determined that he was going to pick up three subjects today and that he was going to be paid $500 dollars.

MATERIAL WITNESS STATEMENT:
At the Border Patrol Station, Rudelsi Basilio LOPEZ-Vasquez was read his Miranda Rights by Border Patrol Agents. LOPEZ understood his rights and provided a statement.

LOPEZ stated that a relative made arrangements with an unknown smuggler for him to be smuggled into the United States for 1000 U.S. dollars. LOPEZ stated that after they crossed the river the foot guide told them to run and to get into a car. LOPEZ further stated that they were told to run to the store and that they were to look for a truck that was going to pick them up. LOPEZ stated that once he was in the car he noticed that the male driver walked stepped into the car and placed the keys in the ignition and started the car. LOPEZ also stated that he asked the driver for help and that shortly after Border Patrol arrived. LOPEZ identified GONZALEZ-Gonzalez, Jose Concepcion in a photo lineup as the driver of the vehicle.